**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

GEORGE A. O'TOOLE, JR.
DISTRICT JUDGE

May 21, 2007

**SELF INITIATED AMENDMENT**

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

To the Committee:

Enclosed please find one original and three copies of my REVISED2006 Financial Disclosure Report. I inadvertently omitted an asset which is now located on lines 91-93.

Very truly yours,

George A. O'Toole, Jr.

RECEIVED 2007 MAY 29 A 10: 55 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**SELF INITIATED AMENDMENT**

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A | U.S. District Court | 5/18/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 1 Courthouse Way, Room 4-710 Boston, Mass. 02210 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (see note 1, Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 29 A 10: 56 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Enterprise Bank, Lowell, MA (director's fees) |
| 2. 2006 | Raytheon Company (employment) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Transportation, lodging and meals; Annual Dinner in Honor of Federal Judiciary, March 24-25, 2006, New York, New York |
| 2. American Bar Association | Transportation, lodging and meals; Seminar on White Collar Crime, March 1-4, 2006, San Francisco, California |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Absolute Strategies Fund Int'l | | None | J | T | Buy | 12/12 | J | | |
| 2. Apache Corp. common | A | Dividend | J | T | | | | | |
| 3. Same | A | Dividend | J | T | Buy | 8/17 | J | | |
| 4. Avery Dennison common | A | Dividend | | | Sell | 10/20 | J | | |
| 5. Same | A | Dividend | J | T | | | | | |
| 6. Bank of America common | B | Dividend | K | T | Sell | 8/17 | J | D | |
| 7. | | | | | Sell | 10/20 | J | D | |
| 8. Bank of America; various deposit accounts | A | Interest | K | T | | | | | |
| 9. BP PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 10. Cintas Corp. common | A | Dividend | | | Sell | 8/17 | J | C | |
| 11. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 12. Constellation Brands Cl A | | None | J | T | | | | | |
| 13. Same | | None | J | T | | | | | See note 2, Part VIII |
| 14. CVS Corp. common | A | Dividend | J | T | | | | | See note 3, Part VIII |
| 15. Same | A | Dividend | J | T | Sell | 12/5 | J | B | |
| 16. Same | A | Dividend | J | T | | | | | |
| 17. Dentsply Int common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Toole, George A | 5/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Inst Cash Adv Fund | B | Interest | L | T | | | | | |
| 19. Same | A | Interest | J | T | | | | | |
| 20. Dreyfus Tax Exempt Cash Mgmt | A | Interest | K | T | | | | | |
| 21. Enterprise Bank & Trust Co. common | B | Dividend | L | T | | | | | |
| 22. Same | B | Dividend | L | T | Fee | var | J | | |
| 23. Equitable Resources, Inc. common | A | Dividend | K | T | | | | | |
| 24. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 25. Same | A | Dividend | J | T | | | | | |
| 26. Same | A | Dividend | J | T | | | | | |
| 27. Expeditors Int'l of Washington com | A | Dividend | J | T | Buy | 8/17 | J | | |
| 28. Exxon Mobil common | A | Dividend | K | T | | | | | |
| 29. First Data Corp. common | B | Dividend | J | T | | | | | See note 4, Part VIII |
| 30. Fiserv Inc. common | | None | J | T | | | | | |
| 31. Fortune Brands common | A | Dividend | J | T | | | | | |
| 32. Same | A | Dividend | J | T | | | | | |
| 33. Same | A | Dividend | J | T | | | | | |
| 34. General Electric Co. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Same | A | Dividend | J | T | | | | | |
| 36. Harbor Small Cap Value Fund | | None | | | Sell | 8/18 | J | A | |
| 37. Same | | None | | | Sell | 8/18 | J | A | |
| 38. Home Depot, Inc. common | A | Dividend | | | Sell | 12/14 | J | | |
| 39. IBM common | A | Dividend | J | T | | | | | |
| 40. iShares Lehman 7-10 yr. Treas. Bond Fund | A | Dividend | J | T | | | | | |
| 41. iShares Lehman 1-3 yr Treas. Bond Fund | A | Dividend | K | T | Buy | 10/20 | J | | |
| 42. iShares Nasdaq Biotech Fund | | None | J | T | | | | | |
| 43. Same | | None | J | T | | | | | |
| 44. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 45. iShares TIPS Fund | A | Dividend | J | T | | | | | |
| 46. John Hancock Financial Services common | | | | | | | | | See note 5, Part VIII |
| 47. Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 48. Same | A | Dividend | J | T | | | | | |
| 49. Same | A | Dividend | J | T | | | | | |
| 50. Julius Baer Int'l Equity II Cl I | A | Dividend | J | T | Buy | 8/17 | J | | |
| 51. Kinetics Small Cap Oppties Inst'l | A | Dividend | J | T | Buy | 8/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Same | A | Dividend | J | T | Buy | 8/17 | J | | |
| 53. Manulife Financial com | A | Dividend | K | T | | | | | See line 46 |
| 54. Marshall Prime Money Market Fund | D | Interest | M | T | | | | | |
| 55. Same | A | Interest | J | T | | | | | |
| 56. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | K | T | | | | | |
| 57. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 58. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 59. Medtronic Inc. common | A | Dividend | | | Sell | 12/14 | J | B | |
| 60. Microsoft common | A | Dividend | J | T | | | | | |
| 61. Same | A | Dividend | J | T | | | | | |
| 62. Novartis AG Spnsrd ADR | A | Dividend | J | T | | | | | |
| 63. Oakmark Int Fund Cl I | B | Dividend | J | T | | | | | |
| 64. Same | A | Dividend | J | T | | | | | |
| 65. Same | | None | J | T | Buy | 12/14 | J | | |
| 66. Peabody Energy Corp. common | A | Dividend | J | T | Buy | 8/17 | J | | |
| 67. Pepsico common | A | Dividend | J | T | | | | | |
| 68. Praxair, Inc. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Same | A | Dividend | J | T | | | | | |
| 70. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 71. Same | A | Dividend | K | T | | | | | |
| 72. ProLogis SBI | A | Dividend | J | T | | | | | |
| 73. Same | A | Dividend | J | T | | | | | |
| 74. Raytheon common | A | Dividend | J | T | Vest | 6/23 | J | | See note 6, Part VIII |
| 75. Raytheon options | | | M | T | | | | | See note 7, Part VIII |
| 76. Raytheon Savings and Investment Plan: | C | Int./Div. | L | T | | | | | See note 8, Part VIII |
| 77. -- Raytheon Stock Fund | | | | | | | | | |
| 78. -- Real Estate Securities Fund | | | | | | | | | |
| 79. -- BGI US Debt I ndex Fund | | | | | | | | | |
| 80. -- PIMCO Total Return Inst | | | | | | | | | |
| 81. -- Fidelity Inst Money Mkt | | | | | | | | | |
| 82. Regency Centers Corp. common | A | Dividend | K | T | | | | | |
| 83. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | J | T | | | | | |
| 84. Simon Property Group common | A | Dividend | K | T | | | | | |
| 85. Same | A | Dividend | K | T | | | | | See note 9, Part |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | VIII |
| 86.  Same | A | Dividend | J | T | | | | | |
| 87.  State Street Corp. common | A | Dividend | J | T | | | | | |
| 88.  Stericycle, Inc. common | | None | J | T | | | | | |
| 89.  Same | | None | J | T | | | | | |
| 90.  Symantec Corp. common | | None | | | Sell | 12/14 | J | | |
| 91.  Templeton Global Bond Fund | A | Dividend | J | T | Buy | 8/17 | J | | |
| 92.  Same | A | Dividend | J | T | Buy | 8/17 | J | | |
| 93.  Same | A | Dividend | J | T | Buy | 1/14 | J | | |
| 94.  Teva Pharmaceuticals | A | Dividend | J | T | | | | | See note10, Part VIII |
| 95.  Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 96.  Verizon Communications common | A | Dividend | | | Sell | 8/17 | J | | |
| 97.  Vodafone Group PLC common | A | Dividend | | | Sell | 8/17 | J | | |
| 98.  Same | A | Dividend | | | Sell | 12/14 | J | | |
| 99.  Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 100. Same | A | Dividend | J | T | Sell | 12/5 | J | C | |
| 101. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Zimmer Holdings, Inc. common | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,0C1 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

I. All of the assets held in the trust identified in Part I are individually listed in Part VII, although they are not individually identified to the trust.

2. Part VII, lines 12-13: Two separate IRA accounts hold Constellation Brands common stock. The report for calendar year 2003, dated May 14, 2004, reported these two accounts. Through inadvertence, the reports for calendar years 2004 and 2005 listed this stock only once, although it continued to be held in the two accounts. The omission is corrected in this report. The values for the omitted years are the same as the values reported for 2006.

3. Part VII, line 14: The value of this asset was erroneously reported last year as "K" as of the end of 2005. It should have been reported as "J".

4. Part VII, line 29: On September 29, 2006 First Data Corp. spun off shares of Western Union common stock to First Data shareholders. The Western Union shares were sold immediately. This one-time event resulted in dividend income higher than would otherwise be the case for First Data.

5. Part VII, line 46: John Hancock was merged into Manulife Financial Corp. on April 4, 2004. The asset has been listed in the reports for 2004 and 2005 under "John Hancock." This report corrects that error. The asset is reported at Part VII, line 53.

6. Part VII, line 74: A restricted stock award earned by ███████ as employment compensation vested on June 23, 2006.

7. Part VII, line 75: ███████ held vested, unexeercised options in Raytheon stock as of the end of both 2005 and 2006 that had a value (market value minus exercise price) of "M." The options were inadvertently omitted from last year's report. Because the options were unexercised, no dividends were received.

8. Part VII, line 76: In connection with her employment, ███████ participates in a the Raytheon Savings and Investment Plan, a defined contribution plan. This asset was inadvertently omitted from prior reports. The asset and income values for 2006 are reported at Part VII, line 76. At December 31, 2005, the asset value was also "L," and the income value was "B."

9. PArt VII, line 85: The value code for this asset was erroneously given as "L" as of the end of 2005. It should have been listed as "K". The value range remains the same this year.

10. Part VII, line 94: This asset was inadvertently omitted from the last two reports. Research for the preparation of this report disclosed that the asset was acquired April 30, 2004, at a value of "J." It had a value within that range both at the end of 2004 and the end of 2005, as well as the end of 2006 as reported in Part VII of this report. For each of the three years it also paid dividends within the income range "A."

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/18/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 18, 2007_

NOTE: ANY INDIVIDU_____ ____OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Toole, George A | 2. Court or Organization<br><br>U.S.District Court | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2006<br>to<br>12/31/2006 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>1 Courthouse Way, Room 4-710<br>Boston, Mass. 02210 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust # 1 (see note 1, Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 11 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Enterprise Bank, Lowell, MA (director's fees) |
| 2. | 2006 | Raytheon Company (employment) |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Transportation, lodging and meals; Annual Dinner in Honor of Federal Judiciary, March 24-25, 2006, New York, New York |
| 2. | American Bar Association | Transportation, lodging and meals; Seminar on White Collar Crime, March 1-4, 2006, San Francisco, California |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Absolute Strategies Fund Int'l | | None | J | T | Buy | 12/12 | J | | |
| 2. Apache Corp. common | A | Dividend | J | T | | | | | |
| 3. Same | A | Dividend | J | T | Buy | 8/17 | J | | |
| 4. Avery Dennison common | A | Dividend | | | Sell | 10/20 | J | | |
| 5. Same | A | Dividend | J | T | | | | | |
| 6. Bank of America common | B | Dividend | K | T | Sell | 8/17 | J | D | |
| 7. | | | | | Sell | 10/20 | J | D | |
| 8. Bank of America; various deposit accounts | A | Interest | K | T | | | | | |
| 9. BP PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 10. Cintas Corp. common | A | Dividend | | | Sell | 8/17 | J | C | |
| 11. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 12. Constellation Brands Cl A | | None | J | T | | | | | |
| 13. Same | | None | J | T | | | | | See note 2, Part VIII |
| 14. CVS Corp. common | A | Dividend | J | T | | | | | See note 3, Part VIII |
| 15. Same | A | Dividend | J | T | Sell | 12/5 | J | B | |
| 16. Same | A | Dividend | J | T | | | | | |
| 17. Dentsply Int common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Inst Cash Adv Fund | B | Interest | L | T | | | | | |
| 19. Same | A | Interest | J | T | | | | | |
| 20. Dreyfus Tax Exempt Cash Mgmt | A | Interest | K | T | | | | | |
| 21. Enterprise Bank & Trust Co. common | B | Dividend | L | T | | | | | |
| 22. Same | B | Dividend | L | T | Fee | var | J | | |
| 23. Equitable Resources, Inc. common | A | Dividend | K | T | | | | | |
| 24. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 25. Same | A | Dividend | J | T | | | | | |
| 26. Same | A | Dividend | J | T | | | | | |
| 27. Expeditors Int'l of Washington com | A | Dividend | J | T | Buy | 8/17 | J | | |
| 28. Exxon Mobil common | A | Dividend | K | T | | | | | |
| 29. First Data Corp. common | B | Dividend | J | T | | | | | See note 4, Part VIII |
| 30. Fiserv Inc. common | | None | J | T | | | | | |
| 31. Fortune Brands common | A | Dividend | J | T | | | | | |
| 32. Same | A | Dividend | J | T | | | | | |
| 33. Same | A | Dividend | J | T | | | | | |
| 34. General Electric Co. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Same | A | Dividend | J | T | | | | | |
| 36. Harbor Small Cap Value Fund | | None | | | Sell | 8/18 | J | A | |
| 37. Same | | None | | | Sell | 8/18 | J | A | |
| 38. Home Depot, Inc. common | A | Dividend | | | Sell | 12/14 | J | | |
| 39. IBM common | A | Dividend | J | T | | | | | |
| 40. iShares Lehman 7-10 yr. Treas. Bond Fund | A | Dividend | J | T | | | | | |
| 41. iShares Lehman 1-3 yr Treas. Bond Fund | A | Dividend | K | T | Buy | 10/20 | J | | |
| 42. iShares Nasdaq Biotech Fund | | None | J | T | | | | | |
| 43. Same | | None | J | T | | | | | |
| 44. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 45. iShares TIPS Fund | A | Dividend | J | T | | | | | |
| 46. John Hancock Financial Services common | | | | | | | | | See note 5, Part VIII |
| 47. Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 48. Same | A | Dividend | J | T | | | | | |
| 49. Same | A | Dividend | J | T | | | | | |
| 50. Julius Baer Int'l Equity II Cl I | A | Dividend | J | T | Buy | 8/17 | J | | |
| 51. Kinetics Small Cap Oppties Inst'l | A | Dividend | J | T | Buy | 8/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Same | A | Dividend | J | T | Buy | 8/17 | J | | |
| 53. Manulife Financial com | A | Dividend | K | T | | | | | See line 46 |
| 54. Marshall Prime Money Market Fund | D | Interest | M | T | | | | | |
| 55. Same | A | Interest | J | T | | | | | |
| 56. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | K | T | | | | | |
| 57. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 58. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 59. Medtronic Inc. common | A | Dividend | | | Sell | 12/14 | J | B | |
| 60. Microsoft common | A | Dividend | J | T | | | | | |
| 61. Same | A | Dividend | J | T | | | | | |
| 62. Novartis AG Spnsrd ADR | A | Dividend | J | T | | | | | |
| 63. Oakmark Int Fund Cl 1 | B | Dividend | J | T | | | | | |
| 64. Same | A | Dividend | J | T | | | | | |
| 65. Same | | None | J | T | Buy | 12/14 | J | | |
| 66. Peabody Energy Corp. common | A | Dividend | J | T | Buy | 8/17 | J | | |
| 67. Pepsico common | A | Dividend | J | T | | | | | |
| 68. Praxair, Inc. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date - Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Same | A | Dividend | J | T | | | | | |
| 70. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 71. Same | A | Dividend | K | T | | | | | |
| 72. ProLogis SBI | A | Dividend | J | T | | | | | |
| 73. Same | A | Dividend | J | T | | | | | |
| 74. Raytheon common | A | Dividend | J | T | Vest | 6/23 | J | | See note 6, Part VIII |
| 75. Raytheon options | | | M | T | | | | | See note 7, Part VIII |
| 76. Raytheon Savings and Investment Plan: | C | Int./Div. | L | T | | | | | See note 8, Part VIII |
| 77. -- Raytheon Stock Fund | | | | | | | | | |
| 78. -- Real Estate Securities Fund | | | | | | | | | |
| 79. -- BGI US Debt I ndex Fund | | | | | | | | | |
| 80. -- PIMCO Total Return Inst | | | | | | | | | |
| 81. -- Fidelity Inst Money Mkt | | | | | | | | | |
| 82. Regency Centers Corp. common | A | Dividend | K | T | | | | | |
| 83. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | J | T | | | | | |
| 84. Simon Property Group common | A | Dividend | K | T | | | | | |
| 85. Same | A | Dividend | K | T | | | | | See note 9, Part |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | VIII |
| 86. Same | A | Dividend | J | T | | | | | |
| 87. State Street Corp. common | A | Dividend | J | T | | | | | |
| 88. Stericycle, Inc. common | | None | J | T | | | | | |
| 89. Same | | None | J | T | | | | | |
| 90. Symantec Corp. common | | None | | | Sell | 12/14 | J | | |
| 91. Teva Pharmaceuticals | A | Dividend | J | T | | | | | See note10, Part VIII |
| 92. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 93. Verizon Communications common | A | Dividend | | | Sell | 8/17 | J | | |
| 94. Vodafone Group PLC common | A | Dividend | | | Sell | 8/17 | J | | |
| 95. Same | A | Dividend | | | Sell | 12/14 | J | | |
| 96. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 97. Same | A | Dividend | J | T | Sell | 12/5 | J | C | |
| 98. Same | A | Dividend | J | T | | | | | |
| 99. Zimmer Holdings, Inc. common | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. All of the assets held in the trust identified in Part I are individually listed in Part VII, although they are not individually identified to the trust.

2. Part VII, lines 12-13: Two separate IRA accounts hold Constellation Brands common stock. The report for calendar year 2003, dated May 14, 2004, reported these two accounts. Through inadvertence, the reports for calendar years 2004 and 2005 listed this stock only once, although it continued to be held in the two accounts. The omission is corrected in this report. The values for the omitted years are the same as the values reported for 2006.

3. Part VII, line 14: The value of this asset was erroneously reported last year as "K" as of the end of 2005. It should have been reported as "J".

4. Part VII, line 29: On September 29, 2006 First Data Corp. spun off shares of Western Union common stock to First Data shareholders. The Western Union shares were sold immediately. This one-time event resulted in dividend income higher than would otherwise be the case for First Data.

5. Part VII, line 46: John Hancock was merged into Manulife Financial Corp. on April 4, 2004. The asset has been listed in the reports for 2004 and 2005 under "John Hancock." This report corrects that error. The asset is reported at Part VII, line 53.

6. Part VII, line 74: A restricted stock award earned by _____ as employment compensation vested on June 23, 2006.

7. Part VII, line 75: _____ held vested, unexeercised options in Raytheon stock as of the end of both 2005 and 2006 that had a value (market value minus exercise price) of "M." The options were inadvertently omitted from last year's report. Because the options were unexercised, no dividends were received.

8. Part VII, line 76: In connection with her employment, _____ participates in a the Raytheon Savings and Investment Plan, a defined contribution plan. This asset was inadvertently omitted from prior reports. The asset and income values for 2006 are reported at Part VII, line 76. At December 31, 2005, the asset value was also "L," and the income value was "B."

9. PArt VII, line 85: The value code for this asset was erroneously given as "L" as of the end of 2005. It should have been listed as "K". The value range remains the same this year.

10. Part VII, line 91: This asset was inadvertently omitted from the last two reports. Research for the preparation of this report disclosed that the asset was acquired April 30, 2004, at a value of "J." It had a value within that range both at the end of 2004 and the end of 2005, as well as the end of 2006 as reported in Part VII of this report. For each of the three years it also paid dividends within the income range "A."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____May 15, 2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544